THE CITY OF GRAND RAPIDS v. JOHN H. ROBERTS.

*Exceptions before judgment—Ordinance cases.*

Comp. L. ch. 262 permitting exceptions before judgment to be certified up in criminal cases does not apply to convictions under city ordinances.

Exceptions before judgment from the Superior Court of Grand Rapids. Submitted April 13. Decided April 25.

COMPLAINT for violating saloon ordinance. Respondent was convicted. Case dismissed.

*William J. Stuart* and *Stuart & Sweet* for plaintiff

*Sliter & Rodgers* for respondent.

CAMPBELL, J. This case is one where the aid of this court is sought to revise the action of the Superior Court for Grand Rapids in the county of Kent on exceptions cer-

tified here before judgment, on an appeal from a conviction under an ordinance of the city of Grand Rapids.

The statute allowing exceptions to be certified up before judgment in criminal cases does not apply to convictions under city ordinances. *People v. Jackson* 8 Mich. 110.

The case must be dismissed with costs.

The other Justices concurred.